CLERKS OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
2/13/2024
LAURA A. AUSTIN, CLERK
BY: s/ D. AUDIA
   DEPUTY CLERK

AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No. 3:24mj00019 |
| DAVEY JOHNATHAN SISK | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  March 21, 2023  in the county of  Culpeper  in the
Western  District of  Virginia , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A(a)(2) | Receipt of Child Pornography |

This criminal complaint is based on these facts:

See attached Affidavit

☑ Continued on the attached sheet.

/s/ Charles Moloney
*Complainant's signature*

Charles Moloney, Special Agent
*Printed name and title*

Received by reliable electronic means and sworn and attested to by telephone.

Date: 2/13/24

*Judge's signature*

City and state:   Charlottesville , Virginia

Joel C. Hoppe, United States Magistrate Judge
*Printed name and title*